# Morgan Hinton

| | |
|---|---|
| **From:** | Chris Johnson <cejay80@gmail.com> |
| **Sent:** | Friday, January 3, 2025 12:33 AM |
| **To:** | WAWDdb_NewCasesTac |
| **Subject:** | NEW CASE REQUEST |
| **Attachments:** | Americollect.pdf |
| | |
| **Categories:** | Morgan |

**CAUTION - EXTERNAL:**


Request to file new case. Please see attached. Thanks

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1