**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

February 12, 2025

**JOHNSON V. AMERICOLLECT INC**
Case # 3:25−cv−05008−JHC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Compliance with LCR 83.2 – Attorney Appearance and Withdrawal**
> The document was filed incorrectly/improperly. Appearance of attorney Robert E. Sabido is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2 and must comply with ECF Filing Procedures.
>
> **Additional Notes:** Counsel has not properly appeared in this case. Please see LCR 83.2 and file a proper appearance document.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file