UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CHRISTOPHER C. JOHNSON<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICOLLECT INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 3:25-cv-5008-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND INITIAL RESPONSIVE PLEADING DEADLINE |

Before the Court is Defendant's Motion to Extend Initial Responsive Pleading Deadline. Dkt. # 9. The Court has considered the motion, the opposition, the rest of the file, and the governing law. Being fully advised, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court GRANTS the motion. The deadline for ORDER GRANTING MOTION TO EXTEND INITIAL RESPONSIVE PLEADING DEADLINE - 1Defendant to respond to the Complaint is extended to March 4, 2025. The Court is not inclined to grant any further extensions of this deadline.

Dated: February 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge