UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C. JOHNSON, | Case No.: 3:25-cv-05008-JHC |
| Plaintiff, | |
| vs. | FED. R. CIV. PRO. 41(a)(1)(A)(i) |
| AMERICOLLECT, INC. | MOTION TO DISMISS |
| | Judge John H. Chun |
| Defendants. | |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiff Christopher C. Johnson hereby moves for dismissal with prejudice of the above-captioned lawsuit and all of plaintiff's claims against Americollect, with each side to bear its own costs and fees.

Dated: March 20, 2025

3:25-cv-05008-JHC

1

.

*/s/ Christopher C. Johnson*
Christopher C. Johnson (*pro se*)
5613 121st Street Court E#1
Puyallup, WA 98373
206-331-2202
Cejay80@gmail.com
*Pro se Plaintiff*

Dismissal, No.3:25-cv-05008-JHC

2