# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. JOHNSON, | CASE NO. 3:25-cv-05008-JHC |
| Petitioner, | |
| v. | ORDER |
| AMERICOLLECT INC., | |
| Respondent. | |

Before the Court is Plaintiff's motion to dismiss. Dkt. # 15. The Court GRANTS the motion and DISMISSES this matter with prejudice. Each side shall bear its own costs and fees.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of March, 2025.

John H. Chun
United States District Judge

ORDER - 1